KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
MICHAEL W. M. MANOUKIAN, Bar No. 308121
mmanoukian@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando Street, 7th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Facsimile:  408.288.5686

THEODORE A. SCHROEDER, PA Bar No. 80559
(pro hac vice)
tschroeder@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
Telephone: 412.201.7600
Fax No.:    412.456.2377

RACHAEL LAVI, Bar No. 294443
rlavi@littler.om
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
PPG ARCHITECTURAL FINISHES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>Defendant. | Case No.  8:18-CV-00705AG-JPR<br><br>**DEFENDANT PPG ARCHITECTURAL FINISHES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE , PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Andrew J. Guilford<br>Hearing Date: June 10, 2019<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Pretrial Conference: July 8, 2019<br>Trial Date:         July 23, 2019 |

**TO THE HONORABLE COURT, PLAINTIFF WALLEN LAWSON, AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 10, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 10D of the above-entitled Court located at 411 West 4th Street, Room 1053, Santa Ana, California 92701-4516, the Honorable Andrew J. Guilford presiding, Defendant PPG Architectural Finishes, Inc. ("Defendant") will, and hereby does, move for summary judgment as to Plaintiff Wallen Lawson's ("Plaintiff") entire Second Amended Complaint or, in the alternative, partial summary judgment on specific claims and issues asserted by Plaintiff pursuant to Federal Rule of Civil Procedure Rule 56 in Defendant's favor and against Plaintiff.

Defendant's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment ("Motion") is made on the grounds there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law, including specifically that the following issues are without substantial controversy:

1. Plaintiff's First Cause of Action for retaliation in violation of public policy fails as a matter of law because Plaintiff cannot establish a *prima facie* case of retaliation.

2. Plaintiff's First Cause of Action for retaliation in violation of public policy fails as a matter of law because PPG terminated him for a legitimate business reason, which Plaintiff cannot prove was pretextual.

3. Plaintiff's Second Cause of Action for wrongful termination in violation of public policy fails as a matter of law because he cannot establish a *prima facie* case of retaliation.

4. Plaintiff's Second Cause of Action for wrongful termination in violation of public policy fails as a matter of law because PPG terminated Plaintiff for a legitimate business reason, which Plaintiff cannot prove was pretextual.

5. Plaintiff's Third Cause of action for unpaid wages fails because Plaintiff admitted he did not comply with PPG's requirement to record all time worked, and

LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
412.201.7600

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT   2.   CASE NO. 8:18-CV-00705AG-JPR

1  cannot show that PPG had knowledge of his alleged unworked time.

2        6.    Plaintiff's Fourth Cause of Action for unpaid wages fails because Plaintiff admitted he did not comply with PPG's requirement to record all time worked, and cannot show that PPG had knowledge of his alleged unworked time.

      7.    Plaintiff's Fifth Cause of Action for failure to reimburse business expenses fails because Plaintiff did not incur any necessary expenditures or losses in direct consequence of the discharge of his duties.

      8.    Plaintiff's Sixth Cause of Action for Violation of California Business & Professions Code § 17200 *et seq.* fails because it is entirely derivative of Plaintiff's claim for unpaid wages and business expenses and those underlying claims fail.

      9.    Plaintiff is not entitled to punitive damages as a matter of law.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 3, 2019. *See* Declaration of Karin M. Cogbill, ¶ 11, filed concurrently herewith.

Defendant's Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities filed in support of this Motion; Defendant's Statement of Uncontroverted Facts and Conclusions of Law; the Declaration of Karin M. Cogbill, the Declaration of David Duffy, the Declaration of Clarence Moore, and all exhibits attached thereto; as well as the pleadings, records, and files in this case, and upon such further oral and documentary evidence that may be presented at or before the hearing on this matter.

Dated: May 13, 2019

*/s/ Karin M. Cogbill*
KARIN M. COGBILL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PPG ARCHITECTURAL FINISHES, INC.

FIRMWIDE:163310156.1 034801.2166

LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
412.201.7600

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT    3.    CASE NO. 8:18-CV-00705AG-JPR