1 KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
2 MICHAEL W. M. MANOUKIAN, Bar No. 308121
mmanoukian@littler.com
3 LITTLER MENDELSON, P.C.
50 W. San Fernando Street, 7th Floor
4 San Jose, CA 95113
Telephone: 408.998.4150
5 Facsimile: 408.288.5686

6 THEODORE A. SCHROEDER, PA Bar No. 80559
*(pro hac vice)*
7 tschroeder@littler.com
LITTLER MENDELSON, P.C.
8 625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
9 Telephone: 412.201.7600
Fax No.: 412.456.2377

10
RACHAEL LAVI, Bar No. 294443
11 rlavi@littler.om
LITTLER MENDELSON, P.C.
12 2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
13 Telephone: 310.553.0308
Facsimile: 310.553.5583

14
Attorneys for Defendant
15 PPG ARCHITECTURAL FINISHES, INC.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON, <br><br> Plaintiff, <br><br> v. <br><br> PPG ARCHITECTURAL FINISHES, INC., <br><br> Defendant. | Case No. 8:18-CV-00705AG-JPR <br><br> **JUDGMENT** <br><br> Judge: Hon. Andrew J. Guilford <br> Hearing Date: June 10, 2019 <br> Time: 10:00 a.m. <br> Courtroom: 10D <br><br> Pretrial Conference: July 8, 2019 <br> Trial Date: July 23, 2019 |

LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
412.201.7600

[PROPOSED] JUDGMENT

CASE NO. 8:18-CV-00705AG-JPR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>    Defendant. | Case No. 8:18-CV-00705AG-JPR<br><br>**JUDGMENT**<br><br>Hearing Date: June 10, 2019<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Pretrial Conference: July 8, 2019<br>Trial Date:           July 23, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PPG Architectural Finishes, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion") of Defendant PPG Architectural Finishes, Inc. ("Defendant") came on regularly for hearing on June 10, 2019 at 10:00 a.m., the Honorable Andrew J. Guilford presiding.

      The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Adjudication, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and for good cause shown, the Court hereby finds that there are no genuine disputes of material fact on at least one required element of each of Plaintiff Wallen Lawson's claims, and that accordingly, Defendant is entitled to judgment as a matter of law on all causes of action in Plaintiff Wallen Lawson's Second Amended Complaint. Defendant's Motion for Summary Judgment is hereby GRANTED.

JUDGMENT                             2.                       CASE NO. 8:18-CV-00705AG-JPR

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff and that Plaintiff shall take nothing as to his complaint against Defendant. It is further ordered, adjudged and decreed that Defendant is the prevailing party in this action and shall be entitled to recover its litigation costs in this matter.

**IT IS SO ORDERED.**

Dated: JUNE 21, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

FIRMWIDE:163341242.1 034801.2166

ITLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
412 201 7660

JUDGMENT                                       3.                        CASE NO. 8:18-CV-00705AG-JPR