Bruce C. Fox (*pro hac vice*)
bruce.fox@obermayer.com
Andrew J. Horowitz (*pro hac vice*)
andrew.horowitz@obermayer.com
OBERMAYER REBMANN
MAXWELL & HIPPEL, LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Tel:  (412) 566-1500
Fax:  (412) 281-1530

Chaka Okadigbo (CA State Bar No. 224547)
cokadigbo@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
700 S. Flower Street, Suite 1067
Los Angeles, CA 90017
Telephone/Facsimile: (213) 431-6209

[counsel continued on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>  Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>  Defendant. | Case No. 8:18-CV-00705-JVS-JPR<br><br>**STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOLLOWING REMAND**<br><br>The Honorable James V. Selna |

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

4888-1646-5703.1
STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT FOLLOWING REMAND

Patrick Leo McGuigan *(pro hac vice)*
plmcguigan@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 826-5374
Facsimile: (206) 260-3055

*Attorneys for Plaintiff*
*Wallen Lawson*

Karin M. Cogbill, Bar No. 244606
kcogbill@hopkinscarley.com
Michael W. M. Manoukian, Bar No. 308121
mmanoukian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Theodore A. Schroeder, PA Bar No. 80559 (*pro hac vice*)
LITTLER MENDELSON, P.C.
625 Liberty Avenue 26th Floor
Pittsburgh, PA 15222
Telephone: (412) 201-7600
Fax No.: (412) 456-2377

Rachael Lavi, Bar No. 294443
LITTLER MENDELSON, P.C.
2049 Century Park East 5th Floor
Los Angeles, CA 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

*Attorneys for Defendant*
*PPG Architectural Finishes, Inc.*

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiff Wallen Lawson ("Plaintiff") and Defendant PPG Architectural Finishes, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to the following in regard to a briefing schedule for Defendant's Motion for Summary Judgment following Remand:

1. Defendant's Motion for Summary Judgment and Opening Brief shall be due by August 31, 2022.
2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due by September 30, 2022.
3. Defendant's Reply is due by October 14, 2022.
4. Oral argument on Defendant's Motion shall be held on November 7, 2022, or a date thereafter that is convenient for the Court.

Dated: July 5, 2022                     Respectfully submitted,

   /s/Andrew J. Horowitz
Andrew J. Horowitz
*Attorneys for Plaintiff Wallen Lawson*

Dated: July 5, 2022            /s/ Karin M. Cogbill
Karin M. Cogbill
*Attorneys for Defendant PPG Architectural Finishes, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 5, 2022                    */s/ Karin M. Cogbill*
                                       Karin M. Cogbill
                                       *Attorneys for Defendant PPG Architectural Finishes, Inc.*