# JS-5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>    Defendant. | Case No.  8:18-CV-00705-JVS-JPR<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOLLOWING REMAND**<br><br>The Honorable James V. Selna |

# ORDER

For good cause shown, the above Stipulation is adopted as follows:

1. Defendant's Motion for Summary Judgment following Remand and Opening Brief shall be due by August 31, 2022.
2. Plaintiff's Opposition to Defendant's Motion is due by September 30, 2022.
3. Defendant's Reply is due by October 14, 2022.
4. Oral argument on Defendant's Motion, if any, shall be held on November 7, 2022 at 1:30 p.m.

**IT IS SO ORDERED**

DATED: July 06, 2022

_____
THE HONORABLE JAMES V. SELNA