KARIN M. COGBILL, Bar No. 244606
kcogbill@hopkinscarley.com
MICHAEL W. M. MANOUKIAN, Bar No. 308121
mmanoukian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

THEODORE A. SCHROEDER, PA Bar No. 80559
*pro hac vice*
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7600
Fax No.:   412.456.2377

RACHAEL LAVI, Bar No. 294443
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
PPG ARCHITECTURAL FINISHES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>Defendant. | Case No. 8:18-CV-00705-JVS-JPR<br><br>**DEFENDANT PPG ARCHITECTURAL FINISHES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT INDEX**<br><br>**Judge: Hon. James V. Selna**<br>**Hearing Date: November 7, 2022**<br>**Time: B1:30 p.m.**<br>**Courtroom: 10C** |

| Name of Pleading | Docket No. |
|---|---|
| Defendant PPG Architectural Finishes, Inc.'s Notice of Motion and Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92 |
| Defendant PPG Architectural Finishes, Inc.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92-1 |
| Defendant PPG Architectural Finishes, Inc.'s Statement of Uncontroverted Facts and Conclusions of in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92-3 |
| Declaration of Karin M. Cogbill in Support of Defendant PPG Architectural Finishes, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92-3 |
| Declaration of David Duffy in Support of Defendant PPG Architectural Finishes, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92-4 |
| Declaration of Clarence Moore in Support of Defendant PPG Architectural Finishes, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 92-5 |
| [Proposed] Judgment | 92-6 |

4895-8899-9217.1