

FILED
CLERK, U.S. DISTRICT COURT
05/01/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN LAWSON,<br><br>          Plaintiff,<br><br>     v.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>          Defendant. | CASE NO: SACV 18-705 JVS (JPRx)<br><br>SPECIAL VERDICT |

DATED: May 1, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# VERDICT FORM

## COUNT I – RETALIATION (CALIFORNIA LABOR CODE § 1102.5)

1(a). Do you find that Plaintiff Wally Lawson has proven by a preponderance of the evidence that his reporting of the mis-tinting of paint was a contributing factor in Defendant PPG's decision to terminate his employment?

YES ✓     NO _____

**IF YOUR ANSWER IS "YES" TO QUESTION 1(a), PROCEED TO QUESTION 1(b). IF YOUR ANSWER IS "NO" TO QUESTION 1(a), THEN THERE CANNOT BE A FINDING FOR MR. LAWSON UNDER COUNT I OR II FOR DAMAGES. SIGN, DATE, AND RETURN THE FORM.**

1(b). Do you find that Defendant PPG has proven by clear and convincing evidence that it would have terminated Plaintiff Wally Lawson's employment for legitimate, independent reasons even if Mr. Lawson had not reported the mis-tinting of paint?

YES _____     NO ✓

**IF YOUR ANSWER IS "YES" TO QUESTION 1(a) AND "NO" TO QUESTION 1(b), PROCEED TO QUESTION 2. IF YOUR ANSWER IS "YES" TO QUESTION 1(b), THEN THERE CANNOT BE A FINDING FOR MR. LAWSON UNDER COUNT I OR II FOR DAMAGES. SIGN, DATE, AND RETURN THE FORM.**

## COUNT II - WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

2. Do you find that Plaintiff Wally Lawson has proven by a preponderance of the evidence that he was wrongfully terminated in Violation of Public Policy?

YES ✓     NO _____

## DAMAGES

3. What sum of money would fairly and reasonably compensate Plaintiff Wally Lawson for the damages, if any, that you have found Defendant PPG caused him? Answer the

May 1, 2025                                    2

following items:

    Back pay: $ __20,000__

    Noneconomic loss (emotional distress): $ __2 MILLION__

4.    Do you find, by clear and convincing evidence, that PPG acted with malice or oppression in terminating Mr. Lawson?

    YES _____    NO __✓__

DATED this __1__ day of __MAY__ 2025.



Foreperson