1  Bruce C. Fox (*pro hac vice*)
   bruce.fox@obermayer.com
2  OBERMAYER REBMANN MAXWELL &
3  HIPPEL LLP
   525 William Penn Place, Suite 1710
4  Pittsburgh, PA 15219
   Tel: (412) 566-1500
5  Fax: (412) 281-1530

6  Chaka Okadigbo (CA State Bar No. 224547)
   cokadigbo@hkm.com
7  HKM EMPLOYMENT ATTORNEYS LLP
8  700 S. Flower Street, Suite 1067
   Los Angeles, California 90017
9  Telephone/Facsimile: (213) 431-6209

10 *Attorneys for Plaintiff Wallen Lawson*

11 THEODORE A. SCHROEDER, PA Bar No. 80559 (*pro hac vice*)
   tschroeder@littler.com
12 LITTLER MENDELSON, P.C.
   625 Liberty Avenue
13 26th Floor
   Pittsburgh, PA  15222
14 Telephone:    412.201.7600
   Fax No.:      412.456.2377
15
   MIKO SARGIZIAN, Bar No. 285976
16 msargizian@littler.com
   LITTLER MENDELSON, P.C.
17 18565 Jamboree Road
   Suite 800
18 Irvine, California  92612
   Telephone:    949.705.3000
19 Fax No.:      949.724.1201

20 *(Additional Counsel on Next Page)*

21                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
22                        **SOUTHERN DIVISION**

23 | WALLEN LAWSON | Case No.: 8:18-CV-00705 JVS-JPR |
|---|---|
24 | *Plaintiff*, | |
   | | **NOTICE OF LODGING OF JOINT** |
25 | v. | **PROPOSED JUDGMENT** |
26 | PPG ARCHITECTURAL FINISHES, INC | Pretrial Conference Date: April 7, 2025 |
   | | Trial Date: April 22, 2025 |
27 | *Defendant.* | |
28

1

4937-1788-3204 v2

1  KARIN M. COGBILL, Bar No. 244606
   Karin.Cogbill@jacksonlewis.com
2  JACKSON LEWIS, P.C.
   160 W Santa Clara St.
3  Suite 400
   San Jose, CA 95113
4  Telephone:    408.579-0404

5  Attorneys for Defendant
   PPG ARCHITECTURAL FINISHES, INC.

8  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE

9  NOTICE that Plaintiff, Wallen Lawson hereby lodges the attached Joint Proposed Judgment.

10         May 16, 2025

                                    /s/ Bruce C Fox
11                                  Bruce C. Fox
                                    Attorney for Plaintiff

2

4937-1788-3204 v2