**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WALLEN LAWSON<br><br>*Plaintiff,*<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC<br><br>*Defendant.* | Case No.: 8:18-CV-00705 JVS-JPR<br><br>**JUDGMENT** |

Pursuant to the jury's Special Verdict dated May 1, 2025 and the Court's orders and rulings on motions for directed verdict, it is ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Plaintiff Wallen Lawson and against Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., on Plaintiff's claim for retaliation brought under California Labor Code Section 1102.5;

2. Judgment is entered for Plaintiff Wallen Lawson and against Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., on Plaintiff's claim for Wrongful Termination in Violation of Public Policy;

3. Judgment is entered for Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., and against Plaintiff Wallen Lawson, on Plaintiff's claim for Punitive Damages;

4. Plaintiff Wallen Lawson is awarded $20,000 in back pay damages and $2,000,000 in non-economic damages for a total of $2,020,000; and

IT IS SO ORDERED
May __, 2025

_____
JAMES V. SELNA
United States District Judge

4937-1788-3204 v1