**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WALLEN LAWSON<br><br>*Plaintiff,*<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC<br><br>*Defendant.* | Case No.: 8:18-CV-00705 JVS-JPR<br><br>**JUDGMENT [199]** |

Pursuant to the jury's Special Verdict dated May 1, 2025, and the Court's orders and rulings on motions for directed verdict, it is ORDERED AND ADJUDGED as follows:

1.      Judgment is entered for Plaintiff Wallen Lawson and against Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., on Plaintiff's claim for retaliation brought under California Labor Code Section 1102.5;

2.      Judgment is entered for Plaintiff Wallen Lawson and against Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., on Plaintiff's claim for Wrongful Termination in Violation of Public Policy;

3.      Judgment is entered for Defendant The Pittsburgh Paints Co., f/k/a PPG Architectural Finishes, Inc., and against Plaintiff Wallen Lawson, on Plaintiff's claim for Punitive Damages;

1

4937-1788-3204 v1

1        4.      Plaintiff Wallen Lawson is awarded $20,000 in back pay damages and $2,000,000 in

2    non-economic damages for a total of $2,020,000.

3

4

    IT IS SO ORDERED

5

6                                       _____

7        May 27, 2025                    JAMES V. SELNA
                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

4937-1788-3204 v1