Bruce C. Fox (*pro hac vice*)
bruce.fox@obermayer.com
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Tel: (412) 566-1500
Fax: (412) 281-1530


Chaka Okadigbo (CA State Bar No. 224547)
cokadigbo@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
700 S. Flower Street, Suite 1067
Los Angeles, California 90017
Telephone/Facsimile: (213) 431-6209


*Attorneys for Plaintiff Wallen Lawson*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| WALLEN LAWSON | Case No.: 8:18-CV-00705 JVS-JPR |
| *Plaintiff,* | |
| v. | **DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| PPG ARCHITECTURAL FINISHES, INC | |
| *Defendant.* | |

1

I, Chaka Okadigbo, Esq., declare as follows:

1.    I am an attorney at law licensed to practice before all of the courts in the State of California, including the Central District of California, the Northern District of California and the Eastern District of California.  I am the Managing Partner of the Los Angeles office of HKM Employment Attorneys LLP ("HKM"), co-counsel to Plaintiff Wallen Lawson in the above-captioned litigation.

2.    I have personal knowledge of the facts in this declaration and if called to testify about them, I would and could do so competently.

3.    I graduated from the University of Maryland in 1993 with high honors, obtaining a B.A. in Government. In 1996, I graduated from Harvard Law School. In 1999, I was admitted to the Maryland Bar and a year later to the Washington, D.C. bar.   I practiced law, focusing on general business litigation in federal courts primarily during my time practicing in Washington, D.C. before moving to California in 2003, the same year I was admitted to practice in California. Since 2003, I have litigated cases of various sorts, including representing cities and school districts in employment and other matters during the period 2003 through 2015.  In that time, I briefed, argued, won three appeals to the California Court of Appeals, two of which resulted in published decisions – *Haro v. City of Rosemead* (2008) 174 Cal.App.4th 1067 and *DeYoung v. Hueneme Elementary School District* (2014) 228 Cal.App.4th 568.  The *Haro* case in particular was an employment case in which, on behalf of the client, the City of Rosemead, I was successful in defeating the defendant's motion seeking to certify a class for the plaintiffs' Fair Labor Standards Act ("FLSA") claims.  The case confirmed that a plaintiff bringing a FLSA claim in state court may not certify a class through the mechanism for class actions in California class actions, which are opt-out in nature, because FLSA actions are opt-in in nature. I also successfully represented Northern State University in a high-stakes arbitration brought by an individual seeking to recoup salary and expenses in the millions for promoting South Dakota's EB-5 immigrant investor program (then run out of a regional center operated by the

1  university).  The arbitrator denied the claimant's claims on the basis that agency requirements

2  for binding public entities to contracts had not been met.

3      4.    Also, during the 2003-2015 period, I primarily litigated employment cases on

4  behalf of public agencies, trying such cases in courts, administrative proceedings, and

5  arbitration as lead counsel.  But, again, I did handle other types of cases, including a California

6  False Claims Act case and a Proposition 218 case (involving the protocol for cities to undergo

7  when seeking utility rate increases).  In the Proposition 218 case, I successfully defended a city

8  that was challenged via a writ of mandate action seeking to overturn its decision to raise utility

9  rates.  Instances of success in such cases are rare as courts had typically ruled that a city's

10  failure to meticulously follow the legal protocols for implementing utility rate increases requires

11  the city to undo the rate increases (i.e. a grant of the writ) and start afresh with proceedings to

12  raise rates.

13      5.    From 2015 through 2020, I worked at a litigation boutique firm as a partner and

14  handled general business litigation cases, including the successful representation of a

15  videogame publisher in a breach of contract action it initiated against videogame developers.  I

16  also represented clients in copyright infringement and real estate litigation matters.

17      6.    I began working for HKM in 2020 as a Managing Partner of the Los Angeles

18  office and have since then exclusively represented plaintiffs in employment litigation cases

19  against their employers, former or present.  I routinely represent plaintiffs typically in

20  discrimination and retaliation cases brought under California's Fair Employment and Housing

21  Act ("FEHA") and Labor Code § 1102.5, although I certainly handle a variety of other

22  employment cases.  I have tried employment cases during my tenure at HKM, including co-

23  counseling with the Obermayer firm in a whistleblower retaliation case recently and in the

24  instant case.

25      7.    HKM has represented Mr. Lawson as co-counsel in this case since the inception

26  of the case in 2018. Mamta Ahluwalia primarily and almost exclusively performed all HKM

27  work on the case during the period 2018 through 2020.  Ms. Ahluwalia was my predecessor –

28

DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES AND COSTS

1  Managing Partner of HKM's Los Angeles office.  From 2021 to the present, I performed

2  exclusively all HKM work associated with the case.  Both HKM and Obermayer Rebmann

3  Maxwell & Hippel, LLP ("Obermayer") have invested hundreds of hours to ensure the

4  successful prosecution and ultimate resolution of the case.

5          8.      In the *Lawson* case, I handled the appellate argument before the California

6  Supreme Court, arguing that the standard for assessing the merits of a whistleblower retaliation

7  claim under Labor Code § 1102.5 is set by Labor Code § 1102.6, which does not include the

8  application of *McDonell Douglas* factors as those factors contradict the §1102.6 standard.

9  California courts had previously split on the issue of whether to apply the *McDonnell Douglas*

10  criteria in assessing the merits of a Labor Code § 1102.5 claim.  Plaintiff prevailed in his

11  argument before the California Supreme Court, which set the stage for further summary

12  judgment proceedings, appeal, and, ultimately, a successful trial.  My work on the appeal also

13  involved revising, editing, and re-writing Plaintiff's reply brief, ensuring, for example, that there

14  was adequate treatment of the issue of a court's duty to adhere to the legislature's intent in

15  interpreting statutes.  I also conducted a lot of research and analysis of case law pertaining to the

16  differing treatment by the courts on the issue of whether *McDonnell Douglas* factors should  be

17  invoked in assessing the merits of a Labor Code § 1102.6 claim and provided extra analysis

18  regarding distinguishing cases cited by the opposition, as well as the Ninth Circuit when it

19  certified the appellate question to the California Supreme Court.  My research and analysis also

20  entailed researching whistleblower claims in other jurisdictions, such as the D.C. Circuit, to

21  address and anticipate potential counter arguments against Plaintiff's argument that the

22  *McDonnell Douglas* factors were incongruent with the application of the Labor Code § 1102.6

23  standard to whistleblower claims brought under Labor Code § 1102.5.

24          9.      I also heavily participated in the *Lawson* matter at trial, appearing daily for the

25  court proceedings.  I conducted the examination of Mr. Lawson's former supervisor who

26  instigated his termination and on whom Mr. Lawson blew the whistle for ordering the

27  fraudulent mis-tinting of paint scheme and of Plaintiff's damages expert, John Pentracosta.  In

28

DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES AND COSTS

addition to preparing for the examination of these witnesses, my work at trial also involved keeping abreast of the various witness testimonies at trial, providing input on the opening and closing statements, as well as participating in strategy sessions aimed at prosecuting the case successfully.

10.     My predecessor, Ms. Ahluwalia, obtained a B.A. with honors from Stanford University in 2001 and a J.D. from the University of Washington Law School in 2006.  From 2006 to 2009, Ms. Ahluwalia worked at the San Francisco offices of law firms Thelen Reid & Priest LLP and Perkins Coie LLP, representing clients in civil litigation matters in state and federal court, including in antitrust matters.  Thereafter, she worked in criminal defense, as a deputy public defender in the City and County of San Francisco, Contra Costa County, and Los Angeles County.  From 2014 to 2020, she worked for HKM as the Managing Partner of the Los Angeles office.  During this time, she represented Mr. Lawson in the instant case as co-counsel.

11.     Ms. Ahluwalia has tried over twenty cases to a jury in her legal career.  After leaving HKM, she worked as a deputy public defender in the San Francisco Public Defender's Office between 2021 and 2022. In addition to representing clients in misdemeanor and felony cases, she co-led the office's civil litigation partnerships and also worked on challenges, through motions and writ practice, to pretrial bail under the California Constitution. She conducted legal trainings on pre-trial bail hearings and practice at the office and state level.  Since 2023, she has been employed as an attorney with California's Civil Rights Department, handling employment discrimination and other matters.

12.     Ms. Ahluwalia's work on the *Lawson* matter largely involved drafting or editing various versions of the complaint in this action, participating in mock trial sessions of this matter, and preparing for and/or appearing in some depositions in this case, among other tasks billed.

13.     The billing records for HKM reflect time spent on various litigation tasks by Ms. Ahluwalia and I and were compiled by me, as the firm's bookkeeper from computer entries of the time associated with various litigation completed by Ms. Ahluwalia and I and that were

---

DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

inputted at or about the time the work was performed by recording the amount of time worked, broken down by 1/10 hour periods. I reviewed the billing records for HKM for accuracy, and exercised billing discretion to cut any entries deemed duplicative or unnecessary. In fact, although Patrick "Leo" McGuigan, an HKM partner and founder of the firm, performed work on the case representing 17.2 hours of time, which, from HKM's standpoint, was reasonable; we have written off Mr. McGuigan's time (which, based on the rate we would have requested from him - $795 per hour, would have amounted to $13,753.50 in fees) and chosen not to seek recovery of his fees in an attempt to be modest in our request for fees. I have also cut time from my entries pertaining to the work I performed on revising, editing and writing Plaintiff's reply to PPG's opposition brief that was submitted to the California Supreme Court. Additionally, I cut some of the hours I spent working on the case during trial. Altogether, I would estimate that I cut at least 20 hours of my time.

14.    The chart below provides the total time spent and the hourly rate requested by HKM, attorneys:

**HKM Employment Attorneys LLP**

| Attorney    (Bar Admission Date) | Hours | Rate | Lodestar |
|---|---|---|---|
| Chaka    Okadigbo (1999) | 168.7 + 5 hours for preparation    of instant    declaration and    review/edit    of fee    petition)    = 173.7 hours | $895 | $155.461.50 |
| Mamta    Ahluwalia (2006) | 124.2 | $795 | $98,739.00 |
| **Total** | 292.9 | | $254,200.50 |

15.     As set forth in the attached billing records, **Exhibit A**, I am requesting Attorney's fees based on 292.9 hours, at the rate of $895 per hour for work I performed on the case and $795 per hour for work performed by Ms. Ahluwalia on the case, for a total of **$254,200.50**, which includes 5 hours for the preparation of this declaration and for the review and editing of Plaintiff's fee petition.  As discussed below, both the hourly rate and the hours requested are supported by Mr. Stiefel's expert declaration, as well as by the Laffey and Adjusted Laffey matrix. The number of hours is supported by the attached record of hours spent on litigation tasks for this case.

16.     Attached as **Exhibit A** is a true and correct copy of a spreadsheet summarizing the hours HKM has spent on litigation tasks for this case.

17.     The rates sought by HKM are reasonable and commensurate with prevailing market rates, as established by the declaration of Grant Stiefel, who is an expert on California attorneys' fees. In the *Stiefel Declaration*, Mr. Stiefel surveys market rates for attorney work in the Los Angeles area, including hourly rates approved by state and federal courts. The *Stiefel Declaration* shows that Los Angeles-area courts have regularly awarded fees in the range sought by HKM.

18.     Another benchmark for the reasonability of these rates is the so-called Laffey matrix.  The Laffey matrix was named after the case in which it was first devised, *Laffey v. Northwest Airlines* (D.D.C. 1982) 572 F.Supp. 354, 371 [aff'd in part, rev'd in part on other grounds, (D.C. Cir. 1984) 746 F.2d 4]. The appropriateness of the Laffey matrix to measure the reasonability of hourly rates in California legal markets has been recognized by both state and federal courts. (See, e.g., *Nemecek & Cole v. Horn* (2012) 208 Cal.App.4th 641, 651-653 [accepting Laffey matrix as measure of reasonability of fees, and rejecting appellant's argument that only actual fees incurred were reasonable]; *Animal Blood Bank, Inc. v. Hale* (E.D. Cal. Nov. 19, 2012) 2:10-CV-02080 KJM, 2012 WL 5868004 [adopting use of Laffey matrix to award reasonable fees]; *Craigslist, Inc. v. Naturemarket, Inc.* (N.D. Cal. 2010) 694 F. Supp. 2d 1039, 1067.)

---

19.     Where the use of the Laffey matrix has been criticized, it is because the matrix underestimates the actual prevailing rates. *Am. Civil Liberties Union of N. California v. Drug Enforcement Admin*. (N.D. Cal. Nov. 8, 2012) 11-CV-01997 RS, 2012 WL 5951312 ["where use of the Laffey matrix has been disapproved, it has been because it produced a rate that the court determined was too low" (emphasis in original)]; *Theme Promotions v. News America Marketing* (N.D. Cal. 2010) 731 F.Supp.2d 937, 948-949 [applying local adjuster to increase Laffey matrix rates]; *Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691, 702 (2014) [applying local adjuster to the Laffey matrix to reflect higher cost of living in San Francisco].)

20.     The "Adjusted Laffey Matrix" calculates current hourly rates by using the inflation rate for legal services instead of the inflation rate for consumer prices generally. It can be found at the website http://www.laffeymatrix.com/see.html and a copy of this matrix is attached as Exhibit 2. (See *Bond v. Ferguson Enterprises* (E.D. Cal. June 30, 2011) 1:09-CV-1662, 2011 WL 2648879 at p. *12 [citing adjusted Laffey matrix fees as reasonable].) The rates sought by HKM in this case are in line with those in the Adjusted Laffey Matrix.

21.     All of the work performed by HKM was reasonable and necessary to the prosecution of the case and did not duplicate work performed by the Obermayer firm.  Where there was overlap, such as in the case of the drafting of the reply to PPG's opposition to Plaintiff's opening brief filed with the California Supreme Court, HKM made valuable contributions by performing work that had not already been done but, instead, that added critical and valuable analysis or insight to the legal arguments at play.

22.     In addition to attorneys' fees, Plaintiff is entitled to his recoverable costs and expenses in successfully litigating this case.  HKM's recoverable costs and expenses consist of $3,462.50 in regard to hotel, meals, transportation, and parking associated with the trial of the instant action, as well as with my attendance of the final pre-trial conference in this action. Attached as **Exhibit B** is a true and correct copy of the invoices.

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed on this 10th day of June, 2025, at Los Angeles, California.

_____

Chaka Okadigbo

# Exhibit A

| Date | Timekeeper | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 3/28/18 | MA | Conference with co-counsel re: Wallen Lawson case | 1.2 | $795.00 | $954.00 |
| 3/29/18 | MA | Review draft complaint (.3) Call with co-counsel regarding complaint (.8) | 1.1 | $795.00 | $874.50 |
| 4/12/18 | MA | Conference with co-counsel re: Wallen Lawson case and strategy in filing | 0.6 | $795.00 | $477.00 |
| 4/17/18 | MA | Call with co-counsel re: complaint | 0.5 | $795.00 | $397.50 |
| 4/18/18 | MA | Review pro hac vice rules and local rules for filing | 0.6 | $795.00 | $477.00 |
| 4/23/18 | MA | Draft, revise, edit complaint, civil cover sheet, and summons request and prepare for filing | 1.7 | $795.00 | $1,351.50 |
| 4/25/18 | MA | Research federal judge assignment along with magistrate judge | 0.5 | $795.00 | $397.50 |
| 4/26/18 | MA | Correspondence with co-counsel re: PHV motions and complaint | 0.3 | $795.00 | $238.50 |
| 5/15/18 | MA | Review letter from opposing counsel and discuss with co-counsel | 0.2 | $795.00 | $159.00 |
| 5/24/18 | MA | Draft, revise, edit amended complaint | 0.6 | $795.00 | $477.00 |
| 5/29/18 | MA | Emails with co-counsel re: filing and status conference | 0.2 | $795.00 | $159.00 |
| 6/4/18 | MA | Draft, revise, and edit motion to appear for hearing telephonically | 0.3 | $795.00 | $238.50 |
| 6/7/18 | MA | Draft, revise, and edit motion to appear for hearing telephonically | 0.3 | $795.00 | $238.50 |
| 6/15/18 | MA | Correspondence with co-counsel re: Rule 26(f) conference | 0.2 | $795.00 | $159.00 |
| 6/19/18 | MA | Conference with co-counsel re: Rule 26(f) conference | 0.6 | $795.00 | $477.00 |
| 6/26/18 | MA | Correspondence with co-counsel re: initial disclosures and discovery | 0.3 | $795.00 | $238.50 |
| 7/18/18 | MA | Call with co-counsel re: case strategy | 0.8 | $795.00 | $636.00 |
| 7/22/18 | MA | Correspondence with co-counsel re: telphonic hearings | 0.2 | $795.00 | $159.00 |
| 7/24/18 | MA | Revise, draft, and edit amended initial disclosures | 0.2 | $795.00 | $159.00 |
| 11/12/18 | MA | Research law re: motions to amend the scheduling order (.3); correspondence with co-counsel re: same (.2) | 0.5 | $795.00 | $397.50 |
| 11/14/18 | MA | Research law re: motions to amend the scheduling order (.1); correspondence with co-counsel re: same (.1) | 0.2 | $795.00 | $159.00 |
| 11/14/18 | MA | Travel from Oakland to LA for client deposition | 3 | $795.00 | $2,385.00 |
| 11/15/18 | MA | Attend deposition of client (10); pepare for deposition (.5) debrief with co-counsel re: same (1.5) | 12 | $795.00 | $9,540.00 |
| 11/16/18 | MA | Travel from LA Oakland after client deposition | 3 | $795.00 | $2,385.00 |
| 11/19/18 | MA | Draft, revise, and edit second amended complaint | 0.5 | $795.00 | $397.50 |
| 11/19/18 | MA | Draft, revise, and edit stipulated motion to amend scheduling order | 0.5 | $795.00 | $397.50 |
| 11/21/18 | MA | Research law re: deposition of non-parties | 0.8 | $795.00 | $636.00 |
| 12/10/18 | MA | Conference with co-counsel re:deposition and discovery | 0.4 | $795.00 | $318.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/8/19 | MA | Conference with co-counsel re: case and strategy (Rule 11 letter, discovery) | 2.2 | $795.00 | $1,749.00 |
| 1/25/19 | MA | Conference with co-counsel re: subpoena | 0.3 | $795.00 | $238.50 |
| 2/26/19 | MA | Conference call with co-counsel re: deposition strategy | 1 | $795.00 | $795.00 |
| 2/26/19 | MA | Review case chronology and timeline of facts (1); conference with co-counsel re: deposition preparation and strategy (3.6) | 4.6 | $795.00 | $3,657.00 |
| 2/28/19 | MA | Conference with co-counsel re: deposition strategy of Jane Lawson | 0.4 | $795.00 | $318.00 |
| 3/4/19 | MA | Correspondence with co-counsel re: Jane Lawson's deposition | 0.6 | $795.00 | $477.00 |
| 3/4/19 | MA | Conference with client re: Jane Lawson's deposition | 0.7 | $795.00 | $556.50 |
| 3/6/19 | MA | Conference with Jane Wallen re: deposition | 1 | $795.00 | $795.00 |
| 3/7/19 | MA | Conerence with co-counsel re: deposition of Jane Wallen | 1 | $795.00 | $795.00 |
| 3/8/19 | MA | Prepare for deposition J. Wallen depo (2); conference call with co-counsel re: same (.7) | 2.7 | $795.00 | $2,146.50 |
| 3/8/19 | MA | Draft, revise, and edit drat stipulation on plaintiff's motion to compel | 0.3 | $795.00 | $238.50 |
| 3/11/19 | MA | Correspondence with co-counsel re: Lawson and Moore deposition | 0.4 | $795.00 | $318.00 |
| 3/14/19 | MA | Email corresopondence with co-counsel re: jury consultants | 0.2 | $795.00 | $159.00 |
| 3/18/19 | MA | Draft, revise, and edit opposition to plaintiff's motion to short time re: motion for protective order | 0.5 | $795.00 | $397.50 |
| 3/18/19 | MA | Travel to Phoenix for deposition of C. Moore | 6 | $795.00 | $4,770.00 |
| 3/19/19 | MA | Attend deposition for C. Moore; prepare for same | 8.1 | $795.00 | $6,439.50 |
| 3/20/19 | MA | Travel from Phoenix to California to after deposition | 6 | $795.00 | $4,770.00 |
| 4/10/19 | MA | Conference with co-counsel re: discovery motion hearing | 0.8 | $795.00 | $636.00 |
| 4/10/19 | MA | Travel from Oakland to LA for discovery hearing | 3 | $795.00 | $2,385.00 |
| 4/11/19 | MA | Corresppndence with co-counsel on discovery motions (.7); attend discovery earing (.5) | 1.2 | $795.00 | $954.00 |
| 4/12/19 | MA | Return to Oakalnd from LA after discovery hearing | 3 | $795.00 | $2,385.00 |
| 5/1/19 | MA | Conference with co-counsel re: local rules on conferring on motions | 0.2 | $795.00 | $159.00 |
| 5/10/19 | MA | Travel to Pittsburgh for mock trial and prepare for mock trial while travelling | 8 | $795.00 | $6,360.00 |
| 5/11/19 | MA | Attend mock trial | 10 | $795.00 | $7,950.00 |
| 5/12/19 | MA | Return from Pittsburgh and prepare for opp. to sj while travelling | 8 | $795.00 | $6,360.00 |
| 5/19/19 | MA | Research California jury instructions | 0.7 | $795.00 | $556.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/19 | MA | Travel to LA for SJ hearing; prepare thoughts re: SJ hearing while travelling | 3 | $795.00 | $2,385.00 |
| 6/17/19 | MA | Prepare for and attend SJ hearing (2); prepare client for testimony (3) | 5 | $795.00 | $3,975.00 |
| 6/18/19 | MA | Attend mock trial | 10 | $795.00 | $7,950.00 |
| 6/19/19 | MA | Return to Oakland after mock trial and prepare for trial while travelling | 3 | $795.00 | $2,385.00 |
| 12/17/20 | MA | Correspondence with B. Fox re: cert to California Supreme Court | 1 | $895.00 | $895.00 |
| 2/3/21 | CO | Conference with B. Fox and client regarding California Supreme Court Appeal. | 1.5 | $895 | $1,342.50 |
| 2/10/21 | CO | Correspond with B. Fox regarding procedure for entering appearance before CA Supreme Court. | 0.3 | $895.00 | $268.50 |
| 3/11/21 | CO | Confer with B. Fox re: filing requirements for California Supreme Court brief (0.3); exchange correspondence with Q. Chen re: opening brief (requirements for pro hac vice application and other matters) (0.5); contact service to assist with filing requirements and compliance with CA Supreme Court protocols and procedures pertaining to opening brief (0.4); review, analyze opening brief to California Supreme Court and provide comments/edits to brief (6.7). | 7.9 | $895.00 | $7,070.50 |
| 3/12/21 | CO | Review rules regarding oral argument before California Supreme Court (0.4); confer with Q. Chen regarding whether process for oral argument in CA Supreme Court (0.2). | 0.6 | $895.00 | $537.00 |
| 3/27/21 | CO | Exchange correspondence with B. Fox outlining position/argument on PPG request for a time extension to file opposition to client's opening brief (0.4). | 0.4 | $895.00 | $358.00 |
| 3/29/21 | CO | Review draft of opposition to PPG request for time extension. | 0.3 | $895.00 | $268.50 |
| 4/30/21 | CO | Confer with B. Fox regarding oral argument for petition before CA Supreme Court. | 0.6 | $895.00 | $537.00 |
| 5/14/21 | CO | Review and analysis of PPG's opposition brief filed with CA Supreme Court. | 4.6 | $895.00 | $4,117.00 |

| Date | | Description | | Rate | Amount |
|---|---|---|---|---|---|
| 5/24/21 | CO | Begin working on edit to, and re-draft, of reply brief (re-draft introduction for more detailed summary of Lawson's counter to PPG's arguments, research cases commenting on statutory interpretation principles and divination of legislative intent, draft argument in brie pertaining to plain language interpretation of statute favoring construction of Labor Code § 1102.6 as exclusive standard for assessing merits of retaliation cases). | 7.7 | $895.00 | $6,891.50 |
| 5/25/21 | CO | Continue work on editing/revising brief (emphasizing and adding more detail to argument that McDonnell Douglas standard necessarily conflicts with Labor Code § 1102.6 standard such as to be unworkable in assessing merits of Section 1102.5 claim on summary judgment, research and analyze cases pertaining to incongruence between McDonnell Douglas and Section 1102.6 standard, review and analyze mixed motives cases rejecting McDonnell Douglas standard and re-draft argumentative section pertaining analogy between mixed motive cases and retaliation cases). | 8.2 | $895.00 | $7,339.00 |
| 5/26/21 | CO | Conference with B. Fox and A. Horowitz regarding reply to PPG's opposition brief (0.5); continue re- drafting/revising of opening brief (review and analyze cases cited in PPG's brief allegedly in support of its argument of applicability of McDonnell Douglas standard; further draft of argumentative sections pertaining to refutation of cases relied upon by PPG and regarding jury instructions as not being evident of § 1102.6 standard applying solely post summary judgment; and further research as to federal cases that explore tension between McDonnell Douglas and 2- prong whistleblower standard) (7.7). | 8.4 | $895.00 | $7,518.00 |
| 5/27/21 | CO | Continue revisions/redrafting of reply brief (work on legislative history arguments; further review and analysis of summary judgment record in relation to responding to PPG characterization of record; proofread draft). | 6.7 | $895.00 | $5,996.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/21 | CO | Make final arrangements to finalize brief regarding formatting and protocols for submission to California Supreme Court. | 1.4 | $895.00 | $1,253.00 |
| 7/1/21 | CO | Review Amicus Curiae brief filed by State of California. | 1.5 | $895.00 | $1,342.50 |
| 7/14/21 | CO | Review and analyze PPG's response to Amicus Curiae brief filed by State of California. | 1.6 | $895.00 | $1,432.00 |
| 9/29/21 | CO | Confer with A. Horowitz regarding oral argument before CA Supreme Court. | 0.3 | $895.00 | $268.50 |
| 10/13/21 | CO | Review oral argument calendar regarding date set for oral argument before California Supreme Court (0.2); call with A. Horowitz regarding oral argument (0.2). | 0.4 | $895.00 | $358.00 |
| 10/25/21 | CO | Confer with Nicholas Seitz from State of California regarding setting aside time for oral argument by the State of California and arrangements with Court clerk regarding same. | 0.2 | $895.00 | $179.00 |
| 10/29/21 | CO | Review appellate briefs and prepare for oral argument before California Supreme Court. | 3.6 | $895.00 | $3,222.00 |
| 11/3/21 | CO | Appear for oral argument before California Supreme Court. | 1.1 | $895.00 | $984.50 |
| 7/17/22 | CO | Confer with B. Fox and A. Horowitz regarding resuming of litigation in trial court. | 0.5 | $895.00 | $447.50 |
| 9/28/22 | CO | Review, analyze, and provide comments/suggest edits to, Plaintiff's opposition to PPG's summary judgment motion. | 4.7 | $895.00 | $4,206.50 |
| 11/4/22 | CO | Telephone call with B. Fox, H. McKeegan, and A. Horowitz regarding tentative decision of Judge Selma to dismiss case on summary judgment. | 0.4 | $895.00 | $358.00 |
| 11/6/22 | CO | Provide comments to B. Fox, A. Horowitz, and T.McKeegan re motion for reconsideration. | 0.5 | $895.00 | $447.50 |
| 4/6/23 | CO | Review, analyze and edit Appellant's Ninth Circuit opening brief prepared by H. McKeegan seeking overturning of summary judgment motion in favor of Appellee PPG. | 5.3 | $895.00 | $4,743.50 |
| 3/17/25 | CO | Work on memorandum of contentions of fact and law regarding affirmative defenses of Defendant (insertions of evidence to support Plaintiff's key claims beyond draft prepared by S. Moran). | 2.5 | $895.00 | $2,237.50 |
| 3/18/25 | CO | Attend Mediation | 3.5 | $895.00 | $3,132.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/27/25 | CO | Review and propose edits to D.M. Booker's draft of opposition to PPG's request to allow witnesses to testify remotely. | 0.3 | $895.00 | $268.50 |
| 4/6/25 | CO | Travel to Newport Beach for hotel stay and to meet with B. Fox for pretrial conference (1.5); meet with B. Fox and client to discuss evidentiary issues and prep for pretrial conference (0.7). | 2.2 | $895.00 | $1,969.00 |
| 4/7/25 | CO | Appear at pretrial conference with B. Fox. | 4.2 | $895.00 | $3,759.00 |
| 4/16/25 | CO | Review and provide comments to D.M. Booker's draft of opposition to PPG motion to exclude exhibits and testimony. | 1.4 | $895.00 | $1,253.00 |
| 4/22/25 | CO | Travel to Santa Ana courthouse (0.4); appear at trial (8.0); prepare for next day of trial [review client's deposition transcript and analysis as to areas of cross-examination] (3.2); return travel to hotel (0.4). | 12 | $895.00 | $10,740.00 |
| 4/23/25 | CO | Travel to court house for trial (0.4); appear at jury trial (4.0); prepare for next day of trial [review deposition transcript of C. Moore] (3.3); return travel to hotel (0.4). | 8.1 | $895.00 | $7,249.50 |
| 4/24/25 | CO | Prepare for following day of trial [continue review and analysis of Moore deposition transcript; begin review of S. Kacsir transcript]. | 3.6 | $895.00 | $3,222.00 |
| 4/25/25 | CO | Travel to court house for trial (0.4); appear at trial (7.3); return travel to hotel (0.4); prepare for following week of trial [partial review of trial transcript of client's testimony] (3.4). | 11.5 | $895.00 | $10,292.50 |
| 4/27/25 | CO | Meet with client to discuss facts pertinent to cross-examination of C. Moore (5.2); prepare for trial [review of Pentracosta expert report; review of Pentracosta deposition transcript; analysis of damages issues in the case overall] (3.3). | 8.5 | $895.00 | $7,607.50 |
| 4/28/25 | CO | Meet with J. Pentracosta to discuss areas of testimony during trial (2.1); work on witness examination outline of J. Pentracosta (1.3); work on outline of examination of Clarence Moore (analysis of areas for potential impeachment and weakness in deposition transcript, review and analyze market walk scores with view towards exploring areas of weakness in grading, analysis of other testimony and potential areas of perjury by Moore) (7.6). | 11 | $895.00 | $9,845.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/25 | CO | Travel from hotel to court house (0.4); appear at trial (7.5); return travel from court house to hotel (0.4); work on potential questioning for Moore after examination by PPG counsel (2.3). | 10.6 | $895.00 | $9,487.00 |
| 4/30/25 | CO | Travel from hotel to court house for trial (0.4); appear at trial (7.5); return trial from court house to hotel (0.4); review closing argument outline in conjunction with review of trial transcripts to advise on further points to be included in closing (4.6). | 12.9 | $895.00 | $11,545.50 |
| 5/1/25 | CO | Travel to court house for trial (0.4); appear for conclusion of jury trial (5.0); return travel from court house to hotel (0.4). | 5.8 | $895.00 | $5,191.00 |
| 5/7/25 | CO | Place calls to three potential experts on attorneys' fees. | 0.3 | $895.00 | $268.50 |
| 5/8/25 | CO | Confer with L. Stiefel regarding provision of expert testimony on attorneys' fees (0.3); draft correspondence to B. Fox and A. Horowitz regarding discussion with G. Stegel and recommendation to hire Mr. Stiefel (0.3). | 0.6 | $895.00 | $537.00 |
| 5/12/25 | CO | Conference call with G. Stiefel, B. Fox, and A. Horowitz regarding expert testimony on attorneys' fees. | 1 | $895.00 | $895.00 |
| | | **TOTAL** | 292.9 | | **$249,725.50** |
| 6/9/2025 | CO | Preparation of Attorney Declaration and Review/Edit Attorney's Fee Petition | 5 | $895.00 | 4,475.00 |
| | | **TOTAL** | | | **254,200.50** |

# Exhibit B



# WYNDHAM'
## Hotels and Resorts

Wyndham Anaheim
515 West Katella Avenue
Anaheim, CA 92802
Tel: (714) 991-6868  Fax: (714) 991-6565

Chaka Okadigbo
3649 Monon Street, #204
Los Angeles , CA  90027
US

| | |
|---|---|
| Room No. | : 433 |
| Arrival | : 04-20-25 |
| Departure | : 05-02-25 |
| Page No. | : 1 of 3 |

**INFORMATION INVOICE**
Membership No  : WR 510295924B
Group Code          :
Company Name  :

| | |
|---|---|
| Cashier No. | : 12519 |
| Folio No. | : 39705 |
| Conf. No. | : 411267265 |
| TA Record | : |
| Locator: | |

Thank You For Staying With Us

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 04-20-25 | Room Charge | 149.60 | |
| 04-20-25 | City Tax 15% | 22.44 | |
| 04-20-25 | ATID 2% | 2.99 | |
| 04-21-25 | Room Charge | 168.30 | |
| 04-21-25 | City Tax 15% | 25.25 | |
| 04-21-25 | ATID 2% | 3.37 | |
| 04-22-25 | Laundry/Valet dry cleaning | 91.90 | |
| 04-22-25 | CB Retail Room# 433 : CHECK# 0013050 | 2.50 | |
| 04-22-25 | Sales Tax 7.75% Room# 433 : CHECK# 0013050 | 0.19 | |
| 04-22-25 | Room Charge | 168.30 | |
| 04-22-25 | City Tax 15% | 25.25 | |
| 04-22-25 | ATID 2% | 3.37 | |
| 04-23-25 | Room Charge | 168.30 | |
| 04-23-25 | City Tax 15% | 25.25 | |
| 04-23-25 | ATID 2% | 3.37 | |
| 04-24-25 | CB Non Alcoholic Room# 433 : CHECK# 0013159 | 5.25 | |
| 04-24-25 | Sales Tax 7.75% Room# 433 : CHECK# 0013159 | 0.41 | |
| 04-24-25 | Room Charge | 168.30 | |
| 04-24-25 | City Tax 15% | 25.25 | |
| 04-24-25 | ATID 2% | 3.37 | |
| 04-25-25 | CB Non Alcoholic Room# 433 : CHECK# 0013210 | 5.25 | |
| 04-25-25 | Sales Tax 7.75% Room# 433 : CHECK# 0013210 | 0.41 | |
| 04-25-25 | Room Charge | 179.35 | |

Please contact the Hotel Manager about any issues with your stay. Wyndham Hotels and Resorts or affiliates may contact you about goods and services unless you call 888-946-4283 or write Wyndham Worldwide Hotels, Inc. 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Wyndham Hotels and Resorts website about our policy.



## WYNDHAM
### Hotels and Resorts

Wyndham Anaheim
515 West Katella Avenue
Anaheim, CA 92802
Tel: (714) 991-6868  Fax: (714) 991-6565

| | | | |
|---|---|---|---|
| Chaka Okadigbo | | Room No. | : 433 |
| 3649 Monon Street, #204 | | Arrival | : 04-20-25 |
| Los Angeles , CA  90027 | | Departure | : 05-02-25 |
| US | | Page No. | : 2 of 3 |
| | | | |
| INFORMATION INVOICE | | Cashier No. | : 12519 |
| Membership No  : WR 510295924B | | Folio No. | : 39705 |
| Group Code      : | | Conf. No. | : 411267265 |
| Company Name  : | | TA Record Locator: | : |

Thank You For Staying With Us

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 04-25-25 | City Tax 15% | 26.90 | |
| 04-25-25 | ATID 2% | 3.59 | |
| 04-26-25 | Room Charge | 179.35 | |
| 04-26-25 | City Tax 15% | 26.90 | |
| 04-26-25 | ATID 2% | 3.59 | |
| 04-27-25 | Room Charge | 198.90 | |
| 04-27-25 | City Tax 15% | 29.84 | |
| 04-27-25 | ATID 2% | 3.98 | |
| 04-28-25 | CB Retail Room# 433 : CHECK# 0013490 | 2.50 | |
| 04-28-25 | Sales Tax  7.75% Room# 433 : CHECK# 0013490 | 0.19 | |
| 04-28-25 | Room Charge | 253.30 | |
| 04-28-25 | City Tax 15% | 38.00 | |
| 04-28-25 | ATID 2% | 5.07 | |
| 04-29-25 | Room Charge | 235.45 | |
| 04-29-25 | City Tax 15% | 35.32 | |
| 04-29-25 | ATID 2% | 4.71 | |
| 04-30-25 | CB Non Alcoholic Room# 433 : CHECK# 0013586 | 5.25 | |
| 04-30-25 | Sales Tax  7.75% Room# 433 : CHECK# 0013586 | 0.41 | |
| 04-30-25 | Room Charge | 235.45 | |
| 04-30-25 | City Tax 15% | 35.32 | |
| 04-30-25 | ATID 2% | 4.71 | |
| 05-01-25 | Room Charge | 192.00 | |
| 05-01-25 | City Tax 15% | 28.80 | |
| 05-01-25 | ATID 2% | 3.84 | |
| 05-02-25 | Visa | | 2,801.34 |

Please contact the Hotel Manager about any issues with your stay. Wyndham Hotels and Resorts or affiliates may contact you about goods and services unless you call 888-946-4283 or write Wyndham Worldwide Hotels, Inc. 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Wyndham Hotels and Resorts website about our policy.



**AYRES HOTEL**

COSTA MESA / NEWPORT BEACH

Chaka Okadigbo
United States

**INVOICE**

| | |
|---|---|
| Room No. | : 275 |
| Arrival | : 04-06-25 |
| Departure | : 04-07-25 |
| Page No. | : 1 of 1 |
| Folio No. | : 10823 |
| Conf. No. | : 328168837 |
| Cashier No. | : 345 |
| Custom Ref. | : |

Company Name    :
Group Name      :
Guest Name      :

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | | 175.69 |
| 04-06-25 | Visa XXXXXXXXXXXX2455 XX/XX | | |
| 04-06-25 | Room Charge | 158.00 | |
| 04-06-25 | Occupancy Tax 8% | 12.64 | |
| 04-06-25 | California Trade Assessment 0.195% | 0.31 | |
| 04-06-25 | City Assessment 3% | 4.74 | |

| | | |
|---|---|---|
| **Total Charges** | 175.69 | |
| **Total Credits** | | 175.69 |
| **Balance** | | 0.00 |

| | | | |
|---|---|---|---|
| **Merchant ID** | | **Credit Card #** | XXXXXXXXXXXX2455 |
| **Transaction ID** | 17413694 | **Credit Card Expiry** | XX/XX |
| **Approval Code** | 963712 | **Capture Method** | Swiped |
| **Approval Amount** | 175.69 | **Transaction Amount** | 175.69 |

Thank you for staying with us!

Ayres Hotel Costa Mesa | 325 Bristol Street | Costa Mesa, CA 92626
Phone: 714-549-0300 | Fax: 714-662-0717
Email: costamesa@ayreshotels.com | www.ayreshotels.com



**AYRES HOTEL**

COSTA MESA / NEWPORT BEACH

## PAYMENT RECEIPT

Chaka Okadigbo
United States

| | |
|---|---|
| **Print Date** | 04-07-25 |
| **Room No** | 275 |
| **Confirmation No** | 328168837 |
| **Receipt No** | 8693 |

| Date | Description | Appr. Code | Amount |
|------|-------------|------------|--------|
| 04-07-25 | Visa  XXXXXXXXXXXX2455  XX/XX | 784210 | 24.50 USD |

**Guest Signature**

**Cashier No.** 345

Ayres Hotel Costa Mesa | 325 Bristol Street | Costa Mesa, CA 92626
Phone: 714-549-0300 | Fax: 714-662-0717
Email: costamesa@ayreshotels.com | www.ayreshotels.com

Monday, May 5, 2025 at 19:12:16 Pacific Daylight Time

**Subject:** Your ride with Enrique on April 29
**Date:** Wednesday, April 30, 2025 at 4:57:12 AM Pacific Daylight Time
**From:** Lyft Receipts
**To:** Okadigbo, Chaka

You don't often get email from no-reply@lyftmail.com. Learn why this is important



**APRIL 29, 2025 AT 5:13 PM**

# Thanks for riding with Enrique!

| | |
|---|---|
| Lyft fare (5.42mi, 29m 50s) | $18.95 |
| Service Fee, includes a $0.35 Lyft California Driver Benefits Fee | $3.80 |
| Priority Pickup Upgrade | $2.00 |
| Clean Miles Standard Regulatory Fee | $0.09 |
| Tip | $3.73 |

| | | |
|---|---|---|
| VISA | Visa *2455 | **$28.57** |

The fare above includes any other Fees and Other Charges, as applicable.

1 of 3

**Subject:** Your ride with Emil on April 30
**Date:** Thursday, May 1, 2025 at 9:07:46 AM Pacific Daylight Time
**From:** Lyft Receipts
**To:** Okadigbo, Chaka

You don't often get email from no-reply@lyftmail.com. Learn why this is important



**APRIL 30, 2025 AT 8:49 AM**

# Thanks for riding with Emil!

| | |
|---|---|
| Lyft fare (5.40mi, 14m 41s) | $13.91 |
| Service Fee, includes a $0.35 Lyft California Driver Benefits Fee | $3.80 |
| Priority Pickup Upgrade | $2.01 |
| Clean Miles Standard Regulatory Fee | $0.09 |

 Visa *2455     **$19.81**

The fare above includes any other Fees and Other Charges, as applicable.

# IRVINE COMPANY

Since 1864

680 Newport Center Dr
Newport Beach, Ca 92660
LOT#2506   P/S 682

## Full Statement

P/S #26          A Payment No.00000486
T/D #25              Ticket No.017615
Entry Time   04/07/2025 (Mon) 13:28
Exit Time    04/07/2025 (Mon) 16:35
Parking Time                    3:07
Parking Fee      Rate A      $20.00

Visa                  ***********2455
    Account #              09071
    Slip #                926326
    Auth Code             $20.00
Credit Card Amount         $0.00
Cash Amount
=================================
Total             $20.00
Thank You for Your Visit

# Receipt

P8 Transit Towers
301 W. 5th Street
Santa Ana, CA 92703
5th St Exit 225
from:        04/25/25 08:04:00
to:          04/25/25 17:30:15
Pay amount:            $ 20.00

                            VISA
AID            A0000000031010
APP LABEL          VISA CREDIT
CARD          ************2455
PAN SEQ Number              00
AUTHORIZATION          564704
TOTAL         USD$20.00

            APPROVED
UID                    11277
TRAN        0000000252460654

# IRVINE COMPANY
Since 1864

680 Newport Center Dr
Newport Beach, Ca 92660
LOT#2506  P/S 682

## Full Statement

```
P/S #26       A Payment No.00000959
T/D #25          Ticket No.018791
Entry Time  04/25/2025 (Fri) 17:54
Exit Time   04/25/2025 (Fri) 21:49
Parking Time                  3:55
Parking Fee     Rate A    $20.00

Visa
  Account #        *************2455
  Slip #                     09601
  Auth Code                  533305
Credit Card Amount          $20.00
Cash Amount                  $0.00
=================================
Total              $20.00
```

Thank You for Your Visit
Please Come Again !

# Receipt

P8 Transit Towers
301 W. 5th Street
Santa Ana, CA 92703
5th St Exit 225

from:        04/23/25 08:16:00
to:          04/23/25 13:48:51
Pay amount:            $ 20.00

                              VISA
AID              A0000000031010
APP LABEL          VISA CREDIT
CARD          ************2455
PAN SEQ Number             00
AUTHORIZATION          100303
TOTAL             USD$20.00

              APPROVED
UID                      11237
TRAN    '     0000000d01ee0546

680 Newport Center Dr
Newport Beach, Ca 92660
LOT#2506   P/S 682

# Full Statement

| | | |
|---|---|---|
| #26 | A Payment No. | 00000780 |
| 'D #25 | Ticket No. | 018597 |
| 'ry Time | 04/21/2025 (Mon) | 14:02 |
| 't Time | 04/21/2025 (Mon) | 22:47 |
| _king Time | | 8:45 |
| 'rking Fee | Rate A | $20.00 |

Visa
Account #            ************2455
Slip #                        09545
Auth Code                    578170
Credit Card Amount          $20.00
Cash Amount                  $0.00
==================================
**Total**            **$20.00**
Thank You for Your Visit
      Come Again

# Receipt

P8 Transit Towers
301 W. 5th Street
Santa Ana, CA 92703
5th St Exit 225
from:        05/01/25 08:50:00
to:          05/01/25 15:54:04
Pay amount:
                  $ 20.00


                              VISA
AID            A0000000031010
APP LABEL           VISA CREDIT
CARD          ***********2455
PAN SEQ Number              00
AUTHORIZATION          396805
TOTAL             USD$20.00


            APPROVED
UID                   11357
TRAN          0000000d026ad1b4

# Receipt

P8 Transit Towers
301 W. 5th Street
Santa Ana, CA 92703
Santa Ana Exit 226(807)
from:        04/29/25 08:46:00
to:          04/30/25 15:47:02
Pay amount:        $ 39.00


                           VISA
AID              A0000000031010
APP LABEL           VISA CREDIT
CARD           ************2455
PAN SEQ Number             00
AUTHORIZATION            403462
TOTAL              USD$39.00


            APPROVED
UID                   10505
TRAN          0000000d02292cda

**Monday, April 21, 2025 at 04:11:59 Pacific Daylight Time**

**Subject:** Receipt from Dynamic Parking System
**Date:** Sunday, April 20, 2025 at 9:13:35 PM Pacific Daylight Time
**From:** Dynamic Parking System
**To:** Okadigbo, Chaka

Square automatically sends receipts to the email address you used at any Square seller. Learn more



### Dynamic Parking System

Let Dynamic Parking System know how your experience was

## $11.00

| | |
|---|---|
| Custom Amount | $9.00 |
| Purchase Subtotal | $9.00 |
| Tip | $2.00 |
| **Total** | **$11.00** |

1 of 2

## Dynamic Parking System

Visa 2455 (Contactless)          Apr 20 2025 at 9:13 PM

**VISA**                                              #peNu

VISA CARDHOLDER                      Auth code: 534065

AID: A0000000031010

No CVM



### Receipt Settings

Not your receipt?   Turn off automatic receipts

Manage preferences

© 2025 Square   Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

# SABROSADA
# 1770 S. HARBOR BLVD
# ANAHEIM, CA
# 714 817-6932

2025-04-23 14:26

# ORDER#        POS-1_178


```
                ** TAKE OUT **
ASADA BURRITO.         T1        $13.75
EXTRA RICE             T1         $0.99


SUBTOTAL                         $15.88
TAX TAXABLE                      $14.74
TAX AMOUNT                        $1.14
TOTAL                     $15.88
SUBTOTAL                         $15.88
CASH                             $15.88
```

# SHIFT 1

"Must bring original receipt & item within
24 hrs for credit or refund"

CALIFORNIA PIZZA
1770 S HARBOR BLVD.
ANAHEIM, CA 92802

MERCHANT ID
DATE: 04/28/25  11:35:27 AM

CARD TYPE: VI     TRN#023   ** NFC**
CARD #   : ************2455 EXP:XXXX
TRAN TYPE: SALE           IP:.211 STA#:1
AUTH CODE: 054538
CHK  # : 1032
TBL  # : F-B
SERVER : Ernie

AMOUNT    :$16.37

TIP       :$___2·46___

TOTAL     :$___18·83___

GRATUITY GUIDELINE:
10 % =1.64
15 % =2.46
20 % =3.27

X_____

CARDHOLDER/VISA
CUSTOMER SIGNATURE

***Customer Copy***

Thank you for dining with
P.F. Chang's China Bistro.
321 W. Katella Ave.,#120
Anaheim, CA 92802
(714) 507-2021

DOB: 04/23/2025
       04/23/2025
        4/40061

Server: Olivia
09:01 PM
B2/1

SALE

                          21:01:50
04/23/2025   TID: 3318620   SEQ: 011688
MID: 8690145

                - APPROVED
PURCHASE        Entry Method:       Chip
VISA CREDIT       XXXXXXXXXXXX2455
CARD #:           RRN: 288394
AUTH CODE: 396479
                              Issuer
Mode:              A0000000031010
AID:                   8000008000
TVR:               06011203A02000
IAD:                      ARC:    00
TSI:    6800       9AC17885778F667B
TC:                USD $   25.08
  SubTotal
                   USD $  5.00
    Tip
                   USD $  30.08
   Total

Signature: _____
              CHAKA OKADIGBO
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

Thank you for dining with
P.F. Chang's China Bistro.

Gratuity Not Included

Join Rewards to start earning Chang's Ca$h

CALIFORNIA PIZZA
1770 S HARBOR BLVD.
ANAHEIM, CA 92802

MERCHANT ID
DATE: 04/24/25  11:06:32 PM

CARD TYPE: VI      TRN#058   ** Chip**
CARD #    : ***********2455 EXP:XXXX
TRAN TYPE: SALE           IP:.211 STA#:1
AUTH CODE: 382349
CHK   #  : 1217
TBL   #  : F-B
SERVER   : Flora
TC       :C2576FEA6B5E20F6
TVR      :8080008000
AID      :A0000000031010

AMOUNT    :$16.65

TIP       :$_____

TOTAL     :$_____  16-65

GRATUITY GUIDELINE:
10 % =1.66
15 % =2.50
20 % =3.33

X_____
OKADIGBO/CHAKA
CUSTOMER SIGNATURE

***Customer Copy***

CALIFORNIA PIZZA
1770 S HARBOR BLVD.
ANAHEIM, CA 92802

MERCHANT ID
DATE: 04/26/25  11:01:53 AM

CARD TYPE: VI     TRN#008   ** NFC**
CARD #   : ***********2455 EXP:XXXX
TRAN TYPE: SALE             IP:.211 STA#:1
AUTH CODE: 599280
CHK  #  : 1020
TBL  #  : F-B
SERVER  : miguel

AMOUNT    :$24.64

TIP       :$ 4.00

TOTAL     :$ 28.64

GRATUITY GUIDELINE:
10 % =2.46
15 % =3.70
20 % =4.93

X_____
CARDHOLDER/VISA
CUSTOMER SIGNATURE

***Customer Copy***

CALIFORNIA PIZZA
1770 S HARBOR BLVD.
ANAHEIM, CA 92802

MERCHANT ID
DATE: 04/28/25  4:08:34 PM

CARD TYPE: VI      TRN#046   ** NFC**
CARD #   : ***********2455 EXP:XXXX
TRAN TYPE: SALE          IP:.211 STA#:1
AUTH CODE: 017656
CHK  #  : 1071
TBL  #  : F-B
SERVER  : Tommy

AMOUNT    :$12.15

TIP       :$___2.43___

TOTAL     :$___14.58___

GRATUITY GUIDELINE:
10 % =1.22
15 % =1.82
20 % =2.43

X_____
CARDHOLDER/VISA
CUSTOMER SIGNATURE

***Customer Copy***

COURTYARD CAFE & MARKET
Wyndham Anaheim
515 West Katella Ave
Anaheim, CA 92802
714.991.6868

1000014 CAFE AM

-----------------------------------

CHK 93068

-----------------------------------

1 BG - Sausage Cheese Egg    7.00
    PLAIN
1 Vanilla Latte SM            5.25
  Visa                      $13.20
  XXXXXXXXXXXXX2455
  9502/F & B Visacard

  Food                      $7.00
  NA Beverage               $5.25
  Sales Tax                 $0.95
  Payment                  $13.20
Change  Due               $0.00

----------- Check Closed -----------
        23 Apr'25 7:44 AM


    PLEASE FILL OUT FOR ROOM CHARGE

        GRATUITY_____

        TOTAL_____

    ROOM NUMBER_____

    PRINT LAST NAME_____

    SIGNATURE_____

California Pizza Kitchen
321 W Katella Ave
Anaheim, Ca 92802
(714) 991-0305

Server: Maria
07:17 PM
Table 11/1

DOB: 04/26/2025
04/26/2025
12/120015

SALE

04/26/2025                      19:17:30
MID: 368888    TID: 001    SEQ: 123334

PURCHASE        - APPROVED
VISA CREDIT     Entry Method:    Chip
CARD #:         XXXXXXXXXXXX2455
AUTH CODE: 738764    RRN: 107399433465

Mode:                        Issuer
AID:            A0000000031010
TVR:                8000008000
IAD:            06011203A02000
TSI:  6800           ARC:    00
  SubTotal       USD $    45.70

      Tip       USD $  9.33

    Total       USD $ 55.03

Signature:_____
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

Suggested Gratuity:
    22% Tip = 9.33
    20% Tip = 8.48
    18% Tip = 7.63
---------------------------
Are you a CPK Rewards member?
    Write your phone number
below to receive your points.
    (____)_____
---------------------------

# Ono Hawaiian BBQ

Jella Avenue
Suite #30
Anaheim  CA  92802
Phone  (714)533-1188

2025                                    5:42:24 PM
Order Id: 67769892606010
#174 - DINE IN
Employee: Kimberly

# #174

| | |
|---|---|
| 1 Hawaiian BBQ Mix | $16.99 |
|  2 Rice / 1 Mac / 1 Veg | $0.00 |
|  | $2.99 |
| 1 Lrg Fountain Drink | $0.00 |
|  ICE REG | |
| Sub Total | $19.98 |
| Sales Tax | $1.55 |
| Order Total | $21.53 |
| | $21.53 |
| 1-Visa | $21.53 |
| AUTHORIZED AMOUNT | |

Card#: XX*****    *****55
Authori zation     0017

APPROVAL: 230017
POS No: 654228726
CCI REF: 654228726
AID: A0000000031010
TVR: 0000000000
APP LABEL: VISA CREDIT
BATCH #: 112001
ENTRY METHOD: NFC Entry

RAKKAN Ramen
400 West Disney Way #445
Anaheim, CA 92802
www.rakkanramen.com

Order# 2170545
Eat In Order
Table: 5B
Server: Kimberly N
Date: 4/29/25, 7:35 PM

Terminal ID:                          4445068173277
Transaction Type:                              Auth
Reference #:
86044132939062323916602237366 7055311507077
                                          00116351

Entry Method:                           Contactless
Mode:                                        Issuer
VISA CREDIT:                         A0000000031010
ARC:                       ARQC 54EC414B5CEA0CCB
Transaction ID:                            22578967
Approval Code:                               484949
Response Code:                                   00
Amount:                                     $23.17
Paid With: VISA                            XXXX2455
Bill:                               VISA CARDHOLDER
Total:                                      $23.17

Tip:              $        8.00

Total:            $       28.17

I agree to pay the above total amount
    according to card issuer agreement

        Suggested Gratuity
      %            Tip         Total
10.00% of sale:   $2.15 =     $25.32
15.00% of sale:   $3.23 =     $26.40
20.00% of sale:   $4.30 =     $27.47

Thank you, please come again soon!
    Please leave us a 5 Star!

***Customer Copy***