| Event | Dates | Airfare | Lodging | Meals | Car Renta/Parking | Notes |
|---|---|---|---|---|---|---|
| Travel to California to meet with client | 11/13/18 | $1,096.97 | | | | BCF: airfare |
| Travel to California | 11/13/18 | $1,061.97 | | | | BCF airfare |
| Travel to California | 12/09/18 | $839.00 | | | | BCF: Only receipt for flight change was available |
| Travel to California for depositions | 02/19/19 | $70.04 | | | | BCF: Seat upgrades |
| Travel to California for depositions | 02/19/19 | $1,105.65 | | | | BCF: Airfare |
| Travel to Phoenix for depositions | 03/18/19 | $502.60 | | | | BCF misc flight change costs |
| Travel to Phoenix for depositions | 03/18/19 | $1,473.59 | | | | BCF: airfare |
| Travel to Kansas City for depositions | 03/28/19 | $874.37 | | | | BCF Southwest flight costs |
| Travel to Denver and Albequerque for depositions | 04/10/19 | $905.30 | | | | BCF airfare |
| Travel from Denver to Pittsburgh | 04/18/19 | $516.30 | | | | BCF airfare |
| Client travel to Pittsburgh | 05/09/19 | $1,156.00 | | | | Attorney client meetings |
| Travel to California for mock panel | 06/09/19 | $1,971.00 | | | | BCF airfare |
| Travel to California for mock panel | 06/09/19 | $1,971.00 | | | | AJH airfare |
| Travel to Calfornia for mock panel | 06/09/19 | $230.00 | | | | AJH seat purchase |
| Travel to California for client meetings and mock panel | 08/28/22 | $1,223.45 | $1,728.71 | $242.83 | $494.73 | BCF travel costs |
| Travel to California for client meetings and mock panel | 08/28/22 | $244.43 | | | | BCF seat purchases |
| Travel to Calfornia for client meetings and mock panel | 08/28/22 | $1,227.45 | $711.17 | $150.65 | | AJH travel costs |
| Travel to California for client meetings and mock panel | 08/28/22 | $541.92 | | | | AJH seat purchases |
| Mock panel expenses | 08/28/22 | | | $234.97 | | Meals for mock panelists and team |
| Travel to California for summary judgment argument | 11/06/22 | $1,154.58 | $780.15 | $177.62 | $401.56 | BCF travel costs |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Travel to California for summary judgment argument | 11/06/22 | $370.98 | | | | BCF seat purchases | | | |
| Travel to Calfornia for summary judgment argument | 11/06/22 | $1,571.08 | $784.04 | $120.66 | $78.00 | AJH travel costs | | | |
| Travel to California for summary judgment argument | 11/06/22 | $297.60 | | | | AJH seat purchases | | | |
| Travel to Santa Ana for mock panel | 03/05/25 | $1,567.55 | $1,929.30 | $315.83 | $32.38 | SEM travel costs | | | |
| Travel to Santa Ana for mock panel | 03/09/25 | $1,817.56 | $2,203.33 | $1,140.67 | $907.01 | BCF travel costs | | | |
| Santa Ana Mock Panel | | | | $105.56 | | Meals for mock panelists and team | | | |
| Travel to California for pretrial argument | 09/20/03 | $1,288.96 | $1,459.56 | | $60.00 | DMB travel costs | | | |
| Travel to California for pretrial argument | | $71.00 | | | | DMB seat purchase | | | |
| Travel to California for pretrial argument | 04/06/25 | $1,134.97 | $1,459.56 | $341.27 | $138.00 | BCF travel costs | | | |
| Travel to Calfornia for pretrial argument | 04/06/25 | $65.22 | $2,291.62 | | | BCF seat purchases | | | |
| Travel to California for trial | 04/27/25 | $1,394.76 | $5,029.29 | $1,177.98 | $480.00 | SEM travel fees (multiple flight changes) | | | |
| Travel to California for trial | 04/27/25 | $2,266.08 | $8,612.68 | $463.84 | | DMB travel costs (multiple flight changes) | | | |
| Travel to California for trial | 04/27/25 | $2,537.47 | $16,857.58 | $988.22 | $1,034.93 | BCF travel costs (multiple flight changes | | | |
| **Subtotals** | | **$32,548.85** | **$43,846.99** | **$5,460.10** | **$3,626.61** | | | | |
| **Pending Total** | | | | | | **$85,482.55** | | | |